# IN THE UNITED STATES DISTRICT COURT FOR THE
# WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| JEREMY PINSON, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) No. CIV-22-409-R |
| | ) |
| WARDEN, FTC OKC, | ) |
| | ) |
| Defendant. | ) |

## ORDER

Before the Court is Magistrate Judge Amanda Maxfield Green's Report and Recommendation. Doc. No. 6. The Court referred this case to Judge Green consistent with 28 U.S.C. § 636(b)(1)(B) and (C). She recommends the Court dismiss Plaintiff's action without prejudice for her failure to cure deficiencies in her initiating document and failure to pay the requisite filing fee. *See generally* Doc. No. 6. Ms. Pinson had until July 29, 2022, to file an objection to the Report and Recommendation, but failed to do so. Consequently, the Court ADOPTS the Report and Recommendation in its entirety and DISMISSES the action without prejudice.

IT IS SO ORDERED this 15th day of August 2022.

*David L. Russell*
DAVID L. RUSSELL
UNITED STATES DISTRICT JUDGE